**Electronically Filed
Supreme Court
SCWC-11-0000369
31-MAY-2013
12:05 PM**

SCWC-11-0000369

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

JEFFREY JOSEPH PLAUCHE,
Petitioner/Plaintiff-Counterclaim-Defendant-Appellant,

vs.

ELISA WATKINS PLAUCHE,
Respondent/Defendant-Counterclaim-Plaintiff-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000369; FC-D No. 10-1-0070)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack JJ.)

Petitioner/Plaintiff-Counterclaim-Defendant-Appellant

Jeffrey Joseph Plauche's application for writ of certiorari,

filed April 29, 2013, is hereby rejected.

DATED:  Honolulu, Hawai'i, May 31, 2013.

Jeffrey J. Plauche
petitioner, pro se

Joy Mademba-Sy Yanagida
for the respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

